**Joon Ho KIM, Petitioner—Appellee,**

v.

**John ASHCROFT,\* Attorney General, Respondent—Appellant.**

No. 01–55152.
D.C. No. CV–00–01759–BTM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 7, 2001.\*\*

Decided June 18, 2003.

Before PREGERSON, TASHIMA and BERZON, Circuit Judges.

MEMORANDUM\*\*\*

This court's decision in *Taniguchi v. Schultz*, 303 F.3d 950 (9th Cir.2002) con-

---

\* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States.  Fed. R.App. P. 43(c)(2)

\*\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by 9th Circuit Rule 36–3.

